IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| REBECCA ANN MARTIN, | § § § | |
| *Plaintiff,* | § § § | SA-19-CV-00898-ESC |
| vs. | § § § | |
| ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY; | § § § § | |
| *Defendant.* | § § § § | |

## ORDER

Before the Court in the above-styled cause of action is Defendant's Unopposed Motion to Reverse with Remand and Enter Judgment and Incorporated Memorandum [#14]. By its motion, the Commissioner informs the Court that he agrees this case should be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The motion is unopposed.

**IT IS THEREFORE ORDERED** that Defendant's Unopposed Motion to Reverse with Remand and Enter Judgment and Incorporated Memorandum [#14] is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **REVERSED** and **REMANDED** for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). The agency will remand the claimant's case for a *de novo* hearing with a different Administrative Law Judge. On remand, the Administrative Law Judge will further evaluate the claimant's mental impairments, further evaluate the opinion evidence, further evaluate the claimant's residual functional capacity, and re-assess whether jobs exist in significant numbers in the national economy that the claimant can perform.

**IT IS SO ORDERED.**

SIGNED this 27th day of February, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE