IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| REBECCA ANN MARTIN, | § |
| *Plaintiff,* | § SA-19-CV-00898-ESC |
| vs. | § |
| ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY; | § |
| *Defendant.* | § |

# FINAL JUDGMENT

Pursuant to the Order granting reversal and remand for further proceedings filed in this matter, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

SIGNED this 3rd day of March, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE